STATE OF NORTH CAROLINA v. JOSEPH O'CONNOR AND SURETY, TAR
HEEL BOND COMPANY, AND SURETIES ON SUPERSEDEAS BOND, C. P.
BARRINGER AND MAE H. BARRINGER.

(Filed 22 March, 1944.)

APPEAL by Tar Heel Bond Company from *Williams, J.,* at November
Term, 1943, of HARNETT. Affirmed.

Defendant Bond Company, surety upon an appearance bond, appealed
from an order denying motion under C. S., 600, to set aside judgment
absolute. The other defendants signed *supersedeas bond.* On appeal
here the judgment was affirmed. *S. v. O'Connor,* 223 N. C., 469. The
opinion of this Court having been certified down, the court below entered
decree affirming the judgment by default final against the defendant
Bond Company and rendered judgment on the *supersedeas* bond against
the individual defendants with interest from the January Term, 1942,
at which term the judgment by default final was entered. The defend-
ant Bond Company excepted and appealed.

STATE *v.* BALLARD; McLEOD *v.* McLEOD.

*Attorney-General McMullan and Assistant Attorney-General Patton for the State.*

*H. Paul Strickland and M. O. Lee for Harnett County Board of Education, appellee.*

*Neill McK. Salmon and H. L. Mangum for defendant, appellant.*

PER CURIAM. The only exceptive assignments of error contained in the record are directed to the judgment against the individual defendants. We do not concede that a judgment upon an appearance bond does not bear interest. G. S., 24-5 (C. S., 2309). Even so, the individual defendants are the ones affected. If the defendant Bond Company is required to pay interest it will be required to do so by virtue of the terms of the statute. It cannot present here a contention in behalf of the other defendants. There is no merit in the appeal. The judgment below is

·Affirmed.